# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00425-CV

---

## In re The Lutheran Church—Missouri Synod, Inc.

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator The Lutheran Church—Missouri Synod, Inc. filed a petition for writ of mandamus from the trial court's order compelling discovery responses and denying a stay of proceedings in the underlying suit. Relator also filed a motion for temporary relief seeking a stay of the trial-court proceedings, which we granted. Real party in interest Concordia University Texas, Inc. filed a response to the motion and petition, along with a supplemental mandamus record. Having reviewed the petition, responses, and the records, we deny the petition for writ of mandamus and lift the stay. *See* Tex. R. App. P. 52.8(a), .10.[1]

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: July 16, 2025

---

[1] Relator filed another motion for stay in a related appeal. *See* No. 03-25-00342-CV, *The Lutheran Church—Missouri Synod, Inc. on behalf of The Lutheran Church—Missouri Synod, Inc. v. Concordia University Texas, Inc.* We grant that motion today.